**Motion Granted; Order filed January 25, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00985-CV

_____

**In the Interest of J.J.W. aka J.W., C.T.Y., C.E.Y., C.W.Y., Jr., aka C.Y., and A.J.K. aka A.J.K., children**

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2017-04136J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant is represented by appointed counsel, Donald Crane. Appellant's brief was originally due December 27, 2018. We granted extensions of time to file appellant's brief until January 25, 2019. When we granted the last extension, we noted that no further extensions would be granted. On January 25, 2019, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. _See_ Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule

requires greater compliance with briefing deadlines. Therefore, we deny the motion and issue the following order.

We grant appellant's motion and order appellant's appointed counsel Donald Crane to file appellant's brief no later than **February 1, 2019.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM